UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
_____ DIVISION



Keven Chumley

Case Number: 6:18-CV-00336-RWS

Name of Plaintiff(s)

vs

Smith County Sheriffs Office

Name of Defendant(s)

### COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2.. Plaintiff, Keven Chumley, is a citizen of the United States
   (name of plaintiff)

   and resides at 102 Chumley St., Longview,
               (street address)            (city)

   Gregg, TX, 75602, 903-445-8808
   (county) (state) (zip) (telephone)

3.. Defendant, _Smith Co. Sheriffs office_ resides at, or its business is
   (name of defendant)

   located at _227 N. Spring Ave_ , _Tyler_ ,
   (street address) (city)

   _Smith Co._ , _TX_ , _75702_ , _903-590-2669_
   (county) (state) (zip) (telephone)

4. Plaintiff sought employment from the defendant or was employed by the defendant

   at _2811_ _Public Rd_ , _Tyler_ ,
   (street address) (city)

   _Smith Co_ , _TX_ , _75762_
   (county) (state) (zip)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

   of the complaint on or about _2016_ .
   (month, day, year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about _____ .
   (month, day, year)

7. The Equal Employment Commission issued a Notice of Right to Sue which was received by plaintiff on _March 7, 2018_ .
   (month day, year)

   DoJ - write to sue

   June 1, 2018

8. Because of plaintiff's (1) ✓ race, (2) ✓ color, (3) ✓ sex, (4) ___ national origin, defendant:

   a. ___ failed to employ plaintiff.

   b. ___ terminated plaintiff's employment.

   c. ✓ failed to promote plaintiff.

   d. ___ Other Religion & harrassment Retaliction

9. The circumstances under which the defendant discriminated against plaintiff were as follows:

   Violation of The Civil Rts act of 1964 'Color' Religion, Federal Retaliation Act of 2002 & Hostile work environment.
   1. failed to promote due to race.
   2. Critized muslims religion.
   3. Hostile work environment from other officers, closed cell door and broke R hand.
   4. Retaliation by supervisors failed to promote & failed to comply with Insurance standards, After selected insurance would not allow to use when needed.

10. The acts set forth in paragraph 9 of this complaint:

    a. \_\_\_\_\_ are still being committed by defendant.

    b. \_\_\_\_\_ are no longer being committed by defendant.

    c. ✓ defendant may still be committing the acts.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint. WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    a. \_\_\_\_\_ Defendant be directed to employ plaintiff.

    b. \_\_\_\_\_ Defendant be directed to re-employ plaintiff.

    c. ✓ Defendant be directed to promote plaintiff.

    d. ✓ Defendant be directed to End Hostile en ~~work oiR onmoft~~ work oiR onmoft and that the

Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

_Keven Chenley_
(Signature of Plaintiff)

102 Chumley St. Longview, TX 75602     Tel: 903-757-4196     kevenchumley@hotmail.com

# Keven Chumley

08/20/2018

TO: U.S. District Court
106 Federal Building,
211 W. Ferguson St.
Tyler, Texas 75702

EEOC
Attn: Angel Padilla
207 South Houston St.
3rd Floor
Dallas, Texas 75202-4726

Civil Action NO. 6:18-CV-00336-RWS
EEOC Inquiry # 450-2017-03850N

**RE: Order to Amend Complaint**

Dear Your Honor Magistrate Judge John Love:

     In reference to your Honors Order to file an amend complaint and to move ahead pro-see. As an African American male. I am protected under The United States Anti Discrimination Civil Rights Act of 1964 and The Federal Retaliation Act Of 2002 as well as The Civil Rights Act. I am also covered under the Federal Act of free from Hostile Environment in the work place. For Instance, Sgt. McCambridge repeatedly asked me if I have been in bed with another man, Sgt. McCambridge repeatedly said that "Muslims should go back to Fucking Europe and he was tired of there Fucking Prayers" Sgt. McCambridge repeatedly put me in filthy work environments, because I complained, Sgt. McCambridge called me "Boy", Sgt. Currin a friend of Sgt. McCambridge became upset with me by raising his voice at me for going to the restroom, Officer Armadore called me a "Snitch" and he closed a cell door on my right hand, which broke the hand, I was denied an Sergeant promotion twice due to my race, Management hired Carcasions each time. Even with four degrees and a BA in Criminal Justice with 11 years of experience I was denied promotion, I elected Accident and Short-Term on my Insurance by Sgt. McCambridge. When my doctor took me off work for 15 weeks I was again retaliated against by Management and not allowed to use the coverage, and Sgt. Currin methodically repeatedly picked at me by making my work place a hostile environment.

     In Brief, The Smith County Sheriff Office violated The United States Anti Discrimination Act & Civil Rights Act and The Federal Retaliation Act of 2002. Therefore, relief is justified.

Sincerely,



Keven Chumley



K Chumley
102 Chumley St
Longview, TX 75602-1404

7017 1000 0000 8281 0449

United States District Court
106 Federal Building
211 W. Ferguson St.
Tyler, TX 75702

U.S. POSTAGE PAID
LONGVIEW, TX
75601
AUG 20, 18
AMOUNT
$6.91
R2305E125582-18